IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CV-00203-BO

| | |
|---|---|
| ALEICA DOCKERY, ALEICA DOCKERY, as Administrator of the Estate of LATOYA McKEITHAN, MICHAEL DOCKERY, and DeANGELO McKEITHAN,<br><br>          Plaintiffs,<br><br>v.<br><br>803 TRUCKING, 803 TRUCKING, L.L.C. 803 MOTORSPORTS, L.L.C., JEFFREY LEON McCLOUD, JOHN J. JERUE TRUCK BROKER, INC., JOHN J. JERUE TRANSPORTATION, INC., JERUE, INC., DIEL-JERUE, INC., DIEL-JERUE LOGISTICS, INC., C&S WHOLESALE GROCERS, INC., d/b/a C&S WHOLESALE GROCERS, COLLINGTON SERVICES, L.L.C., DUBOIS LOGISTICS, L.L.C., ERIE LOGISTICS, L.L.C., ES3, L.L.C., CENTRAL AMERICAN PRODUCE, INC., JACOBS AUTOMOTIVE GROUP, JACOBS AUTOMOTIVE GROUP, L.L.C., JODIE ANDY PASS and JODIE ANDY PASS, JR.,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

<u> 803 Trucking, L.L.C. </u> who is <u> defendant    </u>,
(name of party)          (plaintiff/defendant/other:<u>     </u>)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

    YES ☐     NO ☒

Does party have any parent corporations?

    YES ☐     NO ☒

2.  If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ☐     NO ☒

If yes, identify all such owners:


4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ☐     NO ☒

If yes, identify entity and nature of interest:


5.  Is party a trade association?

    YES ☐     NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:


6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee: N/A.

Signature: /s/ C. Ernest Simons, Jr.

Date: May 31, 2011

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Roger L. Simon
Friedman & Simon, L.L.P.
333 Jericho Turnpike
Jericho, NY 11753
*Attorney for Plaintiffs*

Jeanne Hill Washburn
The Law Office of Jeanne H. Washburn
3737 Glenwood Avenue, Suite 100
Raleigh, NC 27612-5515
*Attorney for Plaintiffs*

Rodney E. Pettey
David M. Fothergill
Yates, McLamb & Weyher, L.L.P.
Post Office Box 2889
Raleigh, NC 27602-2889
*Attorneys for
Defendant Central American Produce, Inc.*

Dexter M. Campbell, III
Cranfill, Sumner & Hartzog, L.L.P.
Post Office Box 27808
Raleigh, NC 27611-7808
*Attorneys for Defendants C&S Wholesale Grocers, Inc., Collington Services, L.L.C., Dubois Logistics, L.L.C., Erie Logistics, L.L.C. and ES3, L.L.C.*

L. Phillip Hornthal, III
Hornthal, Riley, Ellis & Laland, L.L.P.
Post Office Box 220
Elizabeth City, NC 27909-0220
*Attorney for Jodie Andy Pass*

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: /s/ C. Ernest Simons, Jr.
Attorneys for Defendants John J. Jerue
Truck Broker, Inc., John J. Jerue
Transportation, Inc., Jerue, Inc., Diel-Jerue,
Inc., Diel-Jerue Logistics, Inc.
Post Office Box 2611
Raleigh, NC 27602-2611
E-mail: csimons@smithlaw.com
N.C. State Bar No.: 4002
Telephone: 919-821-1220
Facsimile: 919-821-6800

# 2079979_1.Docx