# TITLE HISTORY



| VIN 1FUYDXYB0XL986587 | Year: 1999 | Make: FRHT | Model: CONFLD | BS TK |

New/Used: USED  Empty Weight: 17600

**Title Number:** 7705101846516000  **Status:** CURRENT TITLE
**Purchase Date:** 10/12/2007  **Issue Date:** 12/05/2007  **Dup:** N
**Odometer:** 0  **Legend:** EXEMPT  **Salvage:** N  **Salvage %:** 0
**Vehicle Brands:**
None.

**Owner Number:** 31703678
**Owner Name:** 803 TRUCKING
**Owner Address:** 1410 LORICK AVE  COLUMBIA SC, 292035834

**Lien No:** 1
**Lien Holder Name:** SOUTH CAROLINA COMMUNITY BANK
**Lien Holder Address:** PO BOX 425  COLUMBIA SC, 29202425
**Lien Date:** 10/12/2007  **Lien Satisfaction Date:**

**Title Number:** 00000030835518  **Status:** CANCELLED - VEHICLE SOLD: SC
**Purchase Date:** 08/18/1998  **Issue Date:** 08/18/1998  **Dup:** N
**Odometer:** 11500  **Legend:** ACTUAL MILEAGE  **Salvage:** N  **Salvage %:** 0
**Vehicle Brands:**
None.

**Owner Number:** 17817131
**Owner Name:** CHARLES GANTT TRUCKING INC
**Owner Address:** 293 ZENKER RD  LEXINGTON SC, 2907289034
**Mailing Address:** PO BOX 924  LEXINGTON SC, 290710924

End of Report

Certified to be a true and correct
copy of the original document on file
with the South Carolina Department of
Motor Vehicles.

_____
Vehicle Services Deputy Director