UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ALEICA DOCKERY; ALEICA DOCKERY, as Administrator of the Estate of Latoya McKeithan; MICHAEL DOCKERY; and DeANGELO McKEITHAN, <br><br> Plaintiffs, <br><br> v. <br><br> 803 TRUCKING; 803 TRUCKING LLC; 803 MOTORSPORTS LLC; JEFFREY LEON McCLOUD; JOHN J. JERUE TRUCK BROKER, INC.; JOHN J. JERUE TRANSPORTATION, INC.; JERUE INC.; DIEL-JERUE INC.; DIEL-JERUE LOGISTICS, INC.; C&S WHOLESALE GROCERS, INC., doing business as C&S Wholesale Grocers; COLLINGTON SERVICES, LLC; DUBOIS LOGISTICS, LCC; ERIE LOGISTICS, LLC; ES3, LLC; CENTRAL AMERICAN PRODUCE, INC.; JACOBS AUTOMOTIVE GROUP; JACOBS AUTOMOTIVE GROUP LLC; JODIE ANDY PASS; and JODIE ANDY PASS, JR., <br><br> Defendants. | JUDGMENT <br><br> No. 5:11-CV-203-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiffs' motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED,** in accordance with the court's order entered August 8, 2011, and for the reasons set forth more specifically therein, that plaintiffs' motion is granted, and this case is remanded to the General Court of Justice, Superior Court Division, Wilson County, North Carolina.

**This Judgment Filed and Entered on August 10, 2011, and Copies To:**

Roger L. Simon (via CM/ECF Notice of Electronic Filing)
Jeanne Hill Washburn (via CM/ECF Notice of Electronic Filing)
C. Ernest Simons, Jr. (via CM/ECF Notice of Electronic Filing)
Dexter Campbell, III (via CM/ECF Notice of Electronic Filing)
David Michael Fothergill (via CM/ECF Notice of Electronic Filing)
Rodney E. Pettey (via CM/ECF Notice of Electronic Filing)
L. Phillip Hornthal, III (via CM/ECF Notice of Electronic Filing)
Benjamin E. Thompson, III (via CM/ECF Notice of Electronic Filing)
The Honorable Andrew J. Whitley, Wilson County Clerk of Superior Court (via U.S. Mail)
    P.O. Box 1608, Wilson, NC 27894


August 10, 2011                        DENNIS P. IAVARONE, CLERK
                                            /s/ Christa N. Baker
                                            (By) Christa N. Baker, Deputy Clerk